UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 06-22573-CIV-COOKE/WHITE

GILBERTO MARTIN BRAVO,

    Petitioner,

v.

JAMES MCDONOUGH,

    Respondent.

_____/

### ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE is before the Court upon Petitioner's Motion for Certificate of Appealability(DE 8), filed November 22, 2006. The Court having reviewed the Motion and being otherwise fully advised in the premises finds that the Motion should be denied.

Upon review of the record and Petitioner's Motion, this Court finds that Petitioner has failed to make a substantial showing of the denial of a constitutional right for purposes of 28 U.S.C. § 2253(c)(2). See Slack v. McDaniel, 529 U.S. 473, 483-484 (2000). Accordingly, it is hereby

ORDERED AND ADJUDGED that Petitioner's Motion for Certificate of Appealability is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of December, 2006.

_____
MARCIA G. COOKE
United States District Judge

*Copies furnished to:*

*U.S. Magistrate Judge Patrick A. White*

*Gilberto Martin Bravo, pro se*

*All Counsel of Record*

Case 1:06-cv-22573-MGC   Document 10   Entered on FLSD Docket 12/08/2006   Page 2 of 2

*Copies furnished to:*

*U.S. Magistrate Judge Patrick A. White*

*Gilberto Martin Bravo, pro se*

*All Counsel of Record*